

FILED
CLERK, U.S. DISTRICT COURT

11/5/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ____MMC____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:24-MJ-6694-Duty |
| Myah Ofeibia Saakwa-Mante | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _November 12_____, _2024_____, at _11:00____ ☒ a.m. / ☐ p.m. before the Honorable _____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _November 5, 2024_____

U.S. ~~District Judge~~/Magistrate Judge